IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**CHARLES DALE CONNER,**

   **Plaintiff,**

**vs.**           **No. 10-CV-512 WPL/WDS**

**ALEX RODRIGUEZ and**
**STATE OF NEW MEXICO**
**DEPARTMENT OF PUBLIC SAFETY,**

   **Defendants.**

### STIPULATED ORDER ALLOWING INSPECTION OF EVIDENCE

   Upon approval of the Court, the Plaintiff, by and through his attorney, Louren Oliveros of Gorence & Oliveros, P.C., and the Defendants, by and through their attorney, Michael Dickman of the Law Offices of Michael Dickman, pursuant to Fed. R. Civ. P. 34, hereby request that the Court issue an Order that the firearms related to the above-styled  matter, also known ad NM State Police Case No. 09-23-2-0045, which are in the possession of the New Mexico Department of Public Safety, shall be made available to Mr. Gorence, Ms. Oliveros, Ms. Zerbie , Ms. Marcy Dickman and/or Mr. Dickman at the New Mexico Department of Public Safety, Evidence Vault, located at 4491 Cerrillos Road, Santa Fe, New Mexico 87507, for the purpose of inspecting and measuring, photographing and/or videotaping the evidence; provided, that no evidence seals shall be broken or removed.  The inspection shall occur at a mutually convenient date and time within thirty (30) days after the enter of this Order.

       IT IS HEREBY APPROVED AND SO ORDERED:


       _____
       THE HONORABLE W. DANIEL SCHNEIDER
       UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ Louren Oliveros (e-filed 01/07/2011)
Louren Oliveros, Esq.
Gorence & Oliveros, P.C
1305 Tijeras Avenue NW
Albuquerque, NM  87102
Telephone:  (505) 244-0214
Facsimile:   (505) 244-0888
E-Mail:  oliveros@gopcfirm.com
*Attorneys for Plaintiff*


Approved by:

/s/ Michael Dickman (e-filed 01/07/2011)
Michael Dickman, Esq.
Law Office of Michael Dickman
P.O. Box 549
Santa Fe, New Mexico 87504
Telephone: (505) 989-9360
Facsimile:   (505) 992-8170
E-Mail: mikedickman@yahoo.com
*Attorney for* Defendants